# EXHIBIT A

| IP | ASN | Date/Time (CST) | Torrent |
|---|---|---|---|
| 66.90.81.99 | ActivoSystems | 9/21/10 7:48 PM | FTV Brea |
| 74.63.87.227 | ActivoSystems | 9/25/10 11:27 AM | FTV VictoriaW |
| 66.186.237.221 | Advanced Tel | 9/21/10 7:38 PM | FTV Madeline |
| 69.26.148.135 | Aerioconnect | 9/19/10 12:16 PM | FTV Madeline |
| 65.8.254.87 | BellSouth | 9/20/10 12:37 AM | FTV Madeline |
| 65.8.255.95 | BellSouth | 9/20/10 10:58 PM | FTV Madeline |
| 65.8.65.42 | BellSouth | 9/21/10 7:03 AM | FTV Madeline |
| 65.8.66.187 | BellSouth | 9/20/10 1:57 AM | FTV Madeline |
| 65.8.66.94 | BellSouth | 9/20/10 4:57 AM | FTV Madeline |
| 65.8.67.121 | BellSouth | 9/20/10 12:22 AM | FTV Madeline |
| 65.9.0.52 | BellSouth | 9/19/10 11:42 PM | FTV Madeline |
| 65.9.2.223 | BellSouth | 9/20/10 2:47 AM | FTV Madeline |
| 65.9.4.50 | BellSouth | 9/20/10 11:28 PM | FTV Madeline |
| 65.9.42.242 | BellSouth | 9/21/10 8:00 AM | FTV Madeline |
| 65.9.9.93 | BellSouth | 9/20/10 4:12 AM | FTV Madeline |
| 72.148.117.131 | BellSouth | 9/19/10 3:54 AM | FTV Madeline |
| 72.152.153.132 | BellSouth | 9/21/10 9:16 AM | FTV Trisha |
| 66.17.222.42 | Bel-Rea IAT | 9/25/10 11:02 AM | FTV VictoriaW |
| 174.45.64.143 | Besnan | 9/21/10 12:23 AM | FTV Brea |
| 72.175.235.40 | Besnan | 9/22/10 10:16 AM | FTVX Rachel |
| 24.35.104.26 | Broad Stripe | 9/25/10 11:22 AM | FTV VictoriaW |
| 65.183.151.148 | Burlington Telecom | 9/22/10 12:10 AM | FTV Brea |
| 24.117.216.118 | CABLE ONE | 9/20/10 11:12 AM | FTV Kylah |
| 24.119.242.203 | CABLE ONE | 9/20/10 6:37 AM | FTV Madeline |
| 67.237.183.96 | CenturyLink | 9/22/10 9:21 AM | FTVX Rachel |
| 71.54.193.165 | CenturyLink | 9/20/10 5:20 PM | FTV Brea |
| 24.180.176.241 | Charter | 9/21/10 11:25 PM | FTV Madeline |
| 24.207.205.79 | Charter | 9/22/10 11:23 AM | FTV Brea |
| 24.236.140.167 | Charter | 9/21/10 9:50 PM | FTV Brea |
| 24.247.58.210 | Charter | 9/20/10 9:23 PM | FTV Brea |
| 66.188.242.147 | Charter | 9/25/10 11:42 AM | FTV VictoriaW |

| IP Address | ISP | Date/Time | Hash |
|---|---|---|---|
| 68.118.67.103 | Charter | 9/20/10 3:47 AM | FTV Brea |
| 68.184.59.179 | Charter | 9/19/10 2:09 PM | FTV Madeline |
| 68.187.45.162 | Charter | 9/20/10 10:12 PM | FTV Brea |
| 68.188.160.217 | Charter | 9/21/10 7:39 PM | FTV Madeline |
| 71.84.64.229 | Charter | 9/20/10 2:42 PM | FTVX Rachel |
| 71.85.158.49 | Charter | 9/20/10 5:11 PM | FTV Brea |
| 71.89.37.78 | Charter | 9/25/10 9:34 AM | FTV VictoriaW |
| 71.93.210.243 | Charter | 9/20/10 2:44 PM | FTVX Rachel |
| 71.95.147.247 | Charter | 9/22/10 8:51 AM | FTV Brea |
| 71.95.59.100 | Charter | 9/20/10 2:55 PM | FTV Ally |
| 96.42.7.207 | Charter | 9/25/10 9:34 AM | FTV VictoriaW |
| 97.93.100.228 | Charter | 9/19/10 1:59 PM | FTV Madeline |
| 75.94.22.148 | Clearwire | 9/20/10 3:31 PM | FTV Brea |
| 174.51.62.198 | Comcast Cable | 9/20/10 2:42 PM | FTVX Rachel |
| 174.54.207.12 | Comcast Cable | 9/19/10 6:57 AM | FTV Madeline |
| 24.1.137.215 | Comcast Cable | 9/20/10 10:12 PM | FTV Madeline |
| 24.10.155.152 | Comcast Cable | 9/19/10 11:15 PM | FTV Brea |
| 24.125.210.109 | Comcast Cable | 9/19/10 2:00 PM | FTV Madeline |
| 24.126.144.71 | Comcast Cable | 9/19/10 8:52 AM | FTV Madeline |
| 24.13.106.118 | Comcast Cable | 9/21/10 7:48 PM | FTV Brea |
| 24.130.24.224 | Comcast Cable | 9/20/10 9:38 PM | FTV Brea |
| 24.130.72.245 | Comcast Cable | 9/19/10 11:17 PM | FTV Madeline |
| 24.15.109.1 | Comcast Cable | 9/22/10 7:16 AM | FTV Trisha |
| 24.16.139.188 | Comcast Cable | 9/20/10 2:42 PM | FTVX Rachel |
| 24.17.202.45 | Comcast Cable | 9/19/10 1:59 PM | FTV Brea |
| 24.17.72.143 | Comcast Cable | 9/22/10 9:41 AM | FTV Trisha |
| 24.18.103.161 | Comcast Cable | 9/20/10 6:22 AM | FTV Madeline |
| 24.18.189.172 | Comcast Cable | 9/19/10 3:54 AM | FTV Madeline |
| 24.2.181.229 | Comcast Cable | 9/21/10 9:30 PM | FTV Kylah |
| 24.2.81.16 | Comcast Cable | 9/20/10 2:55 PM | FTV Ally |
| 24.20.121.150 | Comcast Cable | 9/21/10 7:48 PM | FTV Brea |
| 24.20.147.134 | Comcast Cable | 9/20/10 12:42 AM | FTV Madeline |

| IP Address | ISP | Date/Time | Hash |
|---|---|---|---|
| 24.21.241.216 | Comcast Cable | 9/21/10 9:35 PM | FTV Kylah |
| 24.30.110.31 | Comcast Cable | 9/19/10 4:02 AM | FTV Madeline |
| 24.5.103.104 | Comcast Cable | 9/21/10 7:38 PM | FTV Madeline |
| 24.5.120.65 | Comcast Cable | 9/21/10 7:38 PM | FTV Madeline |
| 24.6.61.62 | Comcast Cable | 9/19/10 4:02 AM | FTV Madeline |
| 24.61.40.132 | Comcast Cable | 9/21/10 7:45 PM | FTV Madeline |
| 24.62.12.81 | Comcast Cable | 9/19/10 2:09 PM | FTV Madeline |
| 24.63.61.152 | Comcast Cable | 9/22/10 12:45 AM | FTV Madeline |
| 24.8.252.205 | Comcast Cable | 9/21/10 9:03 AM | FTV Madeline |
| 24.9.100.135 | Comcast Cable | 9/21/10 8:10 AM | FTV Ally |
| 24.99.255.154 | Comcast Cable | 9/20/10 7:07 PM | FTV Madeline |
| 65.96.117.59 | Comcast Cable | 9/22/10 7:19 AM | FTVX Rachel |
| 66.30.61.116 | Comcast Cable | 9/20/10 3:28 PM | FTV Brea |
| 66.30.79.63 | Comcast Cable | 9/20/10 7:07 PM | FTV Madeline |
| 66.41.244.47 | Comcast Cable | 9/21/10 8:19 AM | FTV Trisha |
| 67.161.252.73 | Comcast Cable | 9/21/10 8:09 PM | FTV Brea |
| 67.162.219.241 | Comcast Cable | 9/20/10 10:12 PM | FTV Kylah |
| 67.164.34.198 | Comcast Cable | 9/20/10 10:08 PM | FTV Brea |
| 67.166.33.156 | Comcast Cable | 9/22/10 9:41 AM | FTVX Rachel |
| 67.167.98.71 | Comcast Cable | 9/21/10 8:56 AM | FTV Brea |
| 67.170.124.201 | Comcast Cable | 9/21/10 8:35 AM | FTV Madeline |
| 67.170.96.164 | Comcast Cable | 9/20/10 7:01 PM | FTV Brea |
| 67.171.95.236 | Comcast Cable | 9/22/10 8:12 AM | FTV Brea |
| 67.173.22.69 | Comcast Cable | 9/25/10 10:57 AM | FTV VictoriaW |
| 67.173.71.35 | Comcast Cable | 9/19/10 1:59 PM | FTV Madeline |
| 67.174.111.32 | Comcast Cable | 9/22/10 11:19 AM | FTV Ally |
| 67.175.228.173 | Comcast Cable | 9/19/10 2:04 PM | FTV Madeline |
| 67.176.241.18 | Comcast Cable | 9/19/10 11:02 PM | FTV Madeline |
| 67.180.148.253 | Comcast Cable | 9/20/10 9:48 PM | FTV Brea |
| 67.180.51.252 | Comcast Cable | 9/20/10 10:02 PM | FTV Madeline |
| 67.184.32.147 | Comcast Cable | 9/25/10 11:02 AM | FTV VictoriaW |
| 67.190.33.233 | Comcast Cable | 9/19/10 10:40 PM | FTV Madeline |

| IP Address | ISP | Date/Time | Hit |
|---|---|---|---|
| 68.33.117.108 | Comcast Cable | 9/21/10 7:50 PM | FTV Brea |
| 68.38.232.12 | Comcast Cable | 9/22/10 7:18 AM | FTVX Rachel |
| 68.43.246.212 | Comcast Cable | 9/21/10 8:09 PM | FTV Brea |
| 68.44.227.201 | Comcast Cable | 9/20/10 4:12 AM | FTV Brea |
| 68.55.101.199 | Comcast Cable | 9/25/10 9:05 AM | FTV VictoriaW |
| 68.58.137.156 | Comcast Cable | 9/20/10 2:44 PM | FTVX Rachel |
| 68.58.241.188 | Comcast Cable | 9/20/10 7:22 PM | FTV Kylah |
| 68.61.149.86 | Comcast Cable | 9/21/10 8:20 PM | FTV Brea |
| 68.62.80.114 | Comcast Cable | 9/22/10 7:18 AM | FTVX Rachel |
| 68.63.15.187 | Comcast Cable | 9/21/10 7:56 PM | FTV Brea |
| 68.80.205.167 | Comcast Cable | 9/19/10 11:34 PM | FTV Kylah |
| 68.83.5.128 | Comcast Cable | 9/20/10 12:27 AM | FTV Madeline |
| 69.140.162.127 | Comcast Cable | 9/19/10 1:59 PM | FTV Madeline |
| 69.140.220.239 | Comcast Cable | 9/21/10 8:26 AM | FTV Madeline |
| 69.143.104.35 | Comcast Cable | 9/20/10 4:41 PM | FTV Brea |
| 69.143.41.118 | Comcast Cable | 9/22/10 1:20 AM | FTV Madeline |
| 69.180.0.30 | Comcast Cable | 9/22/10 7:26 AM | FTV Daphne |
| 69.244.211.83 | Comcast Cable | 9/21/10 7:38 PM | FTV Madeline |
| 69.253.171.165 | Comcast Cable | 9/21/10 8:55 PM | FTV Madeline |
| 69.253.52.239 | Comcast Cable | 9/25/10 11:42 AM | FTV VictoriaW |
| 71.192.150.142 | Comcast Cable | 9/22/10 8:16 AM | FTVX Rachel |
| 71.195.84.61 | Comcast Cable | 9/25/10 9:14 AM | FTV VictoriaW |
| 71.196.133.136 | Comcast Cable | 9/21/10 11:20 PM | FTV Brea |
| 71.196.147.11 | Comcast Cable | 9/20/10 7:07 PM | FTV Madeline |
| 71.197.140.226 | Comcast Cable | 9/21/10 9:36 AM | FTV Ally |
| 71.197.176.170 | Comcast Cable | 9/21/10 9:05 PM | FTV Brea |
| 71.204.164.171 | Comcast Cable | 9/20/10 12:22 AM | FTV Kylah |
| 71.205.156.51 | Comcast Cable | 9/19/10 10:29 PM | FTV Brea |
| 71.205.25.199 | Comcast Cable | 9/22/10 7:51 AM | FTVX Rachel |
| 71.228.127.155 | Comcast Cable | 9/21/10 9:31 PM | FTV Kylah |
| 71.230.107.147 | Comcast Cable | 9/22/10 11:01 AM | FTV Trisha |
| 71.231.100.186 | Comcast Cable | 9/21/10 7:45 PM | FTV Madeline |

| IP Address | ISP | Date/Time | Hash |
|---|---|---|---|
| 71.233.85.87 | Comcast Cable | 9/21/10 9:10 PM | FTV Brea |
| 71.235.93.93 | Comcast Cable | 9/22/10 7:26 AM | FTV Dahpne |
| 71.238.29.24 | Comcast Cable | 9/21/10 9:25 PM | FTV Kylah |
| 71.239.83.180 | Comcast Cable | 9/22/10 10:11 AM | FTV Trisha |
| 71.56.228.67 | Comcast Cable | 9/19/10 1:53 PM | FTV Brea |
| 71.58.97.206 | Comcast Cable | 9/20/10 10:12 PM | FTV Kylah |
| 71.59.204.42 | Comcast Cable | 9/20/10 2:50 PM | FTV Dahpne |
| 71.61.228.181 | Comcast Cable | 9/22/10 7:17 AM | FTVX Rachel |
| 75.70.117.29 | Comcast Cable | 9/20/10 10:53 PM | FTV Brea |
| 75.70.215.5 | Comcast Cable | 9/25/10 11:17 AM | FTV VictoriaW |
| 75.72.61.48 | Comcast Cable | 9/25/10 9:08 AM | FTV VictoriaW |
| 75.73.194.137 | Comcast Cable | 9/19/10 2:09 PM | FTV Madeline |
| 75.73.209.201 | Comcast Cable | 9/20/10 5:12 PM | FTV Madeline |
| 75.75.6.56 | Comcast Cable | 9/21/10 8:08 PM | FTV Madeline |
| 76.106.169.43 | Comcast Cable | 9/21/10 9:00 PM | FTV Madeline |
| 76.108.98.30 | Comcast Cable | 9/22/10 7:26 AM | FTV Dahpne |
| 76.112.204.117 | Comcast Cable | 9/22/10 7:19 AM | FTVX Rachel |
| 76.112.222.42 | Comcast Cable | 9/21/10 7:54 PM | FTV Trisha |
| 76.116.145.89 | Comcast Cable | 9/20/10 10:03 PM | FTV Brea |
| 76.117.2.54 | Comcast Cable | 9/21/10 8:35 AM | FTV Madeline |
| 76.121.16.172 | Comcast Cable | 9/25/10 9:06 AM | FTV VictoriaW |
| 76.121.18.193 | Comcast Cable | 9/21/10 7:50 PM | FTV Madeline |
| 76.121.182.124 | Comcast Cable | 9/21/10 8:05 PM | FTV Brea |
| 76.121.222.232 | Comcast Cable | 9/20/10 1:07 AM | FTV Kylah |
| 76.124.148.5 | Comcast Cable | 9/20/10 2:44 PM | FTVX Rachel |
| 76.169.153.148 | Comcast Cable | 9/20/10 2:44 PM | FTVX Rachel |
| 76.169.66.130 | Comcast Cable | 9/22/10 7:18 AM | FTVX Rachel |
| 76.170.85.9 | Comcast Cable | 9/20/10 7:16 PM | FTV Madeline |
| 76.170.88.65 | Comcast Cable | 9/19/10 10:46 PM | FTV Madeline |
| 76.171.105.203 | Comcast Cable | 9/20/10 12:57 AM | FTV Madeline |
| 76.19.192.53 | Comcast Cable | 9/25/10 9:02 AM | FTV VictoriaW |
| 76.23.173.29 | Comcast Cable | 9/19/10 10:59 PM | FTV Madeline |

| IP Address | ISP | Date/Time | User |
|---|---|---|---|
| 76.24.99.108 | Comcast Cable | 9/19/10 9:47 AM | FTV Madeline |
| 76.25.216.64 | Comcast Cable | 9/21/10 10:35 PM | FTV Ally |
| 76.29.41.22 | Comcast Cable | 9/22/10 10:46 AM | FTV Dahpne |
| 76.29.83.243 | Comcast Cable | 9/21/10 7:48 PM | FTV Brea |
| 76.30.198.100 | Comcast Cable | 9/22/10 7:18 AM | FTVX Rachel |
| 76.90.250.243 | Comcast Cable | 9/19/10 11:32 PM | FTV Madeline |
| 76.97.18.234 | Comcast Cable | 9/20/10 10:02 PM | FTV Brea |
| 98.148.4.248 | Comcast Cable | 9/22/10 8:21 AM | FTV Brea |
| 98.195.123.0 | Comcast Cable | 9/21/10 7:39 PM | FTV Madeline |
| 98.195.63.252 | Comcast Cable | 9/20/10 4:06 PM | FTV Kylah |
| 98.196.132.73 | Comcast Cable | 9/20/10 7:12 PM | FTV Madeline |
| 98.196.69.216 | Comcast Cable | 9/20/10 2:44 PM | FTVX Rachel |
| 98.201.48.77 | Comcast Cable | 9/19/10 1:59 PM | FTV Madeline |
| 98.204.137.191 | Comcast Cable | 9/25/10 11:27 AM | FTV VictoriaW |
| 98.206.90.10 | Comcast Cable | 9/25/10 9:06 AM | FTV VictoriaW |
| 98.208.40.218 | Comcast Cable | 9/20/10 1:02 AM | FTV Madeline |
| 98.209.16.120 | Comcast Cable | 9/22/10 10:26 AM | FTV Madeline |
| 98.210.236.208 | Comcast Cable | 9/22/10 7:26 AM | FTV Dahpne |
| 98.210.67.68 | Comcast Cable | 9/19/10 11:02 PM | FTV Madeline |
| 98.213.113.40 | Comcast Cable | 9/20/10 5:07 PM | FTV Madeline |
| 98.214.227.140 | Comcast Cable | 9/20/10 2:28 PM | FTV Kylah |
| 98.216.9.157 | Comcast Cable | 9/19/10 11:32 PM | FTV Madeline |
| 98.219.225.123 | Comcast Cable | 9/20/10 7:12 PM | FTV Madeline |
| 98.221.84.9 | Comcast Cable | 9/20/10 7:01 PM | FTV Brea |
| 98.222.134.105 | Comcast Cable | 9/20/10 7:16 PM | FTV Kylah |
| 98.222.192.191 | Comcast Cable | 9/20/10 5:32 PM | FTV Brea |
| 98.222.193.156 | Comcast Cable | 9/20/10 6:00 PM | FTV Madeline |
| 98.229.142.245 | Comcast Cable | 9/20/10 6:57 PM | FTV Brea |
| 98.229.8.138 | Comcast Cable | 9/20/10 10:02 PM | FTV Madeline |
| 98.230.188.185 | Comcast Cable | 9/19/10 10:29 PM | FTV Brea |
| 98.232.188.168 | Comcast Cable | 9/20/10 11:13 PM | FTV Brea |
| 98.233.125.200 | Comcast Cable | 9/20/10 3:35 PM | FTV Ally |

| IP Address | ISP | Date/Time | User |
|---|---|---|---|
| 98.234.105.156 | Comcast Cable | 9/19/10 11:02 PM | FTV Madeline |
| 98.237.101.40 | Comcast Cable | 9/21/10 1:28 AM | FTV Brea |
| 98.237.253.209 | Comcast Cable | 9/20/10 5:47 PM | FTV Brea |
| 98.243.71.27 | Comcast Cable | 9/21/10 7:55 AM | FTV Madeline |
| 98.245.117.100 | Comcast Cable | 9/22/10 11:26 AM | FTV Ally |
| 98.245.172.19 | Comcast Cable | 9/20/10 4:12 AM | FTV Madeline |
| 98.247.100.182 | Comcast Cable | 9/25/10 9:08 AM | FTV VictoriaW |
| 98.247.126.73 | Comcast Cable | 9/20/10 2:31 PM | FTV Kylah |
| 98.247.235.241 | Comcast Cable | 9/20/10 2:56 PM | FTV Ally |
| 98.247.45.157 | Comcast Cable | 9/20/10 12:52 AM | FTV Brea |
| 98.250.217.118 | Comcast Cable | 9/21/10 10:30 PM | FTV Ally |
| 24.250.128.140 | Cox Communications | 9/21/10 8:41 AM | FTV Madeline |
| 24.253.209.223 | Cox Communications | 9/20/10 7:47 AM | FTV Madeline |
| 68.0.198.54 | Cox Communications | 9/21/10 11:50 PM | FTV Brea |
| 68.104.56.166 | Cox Communications | 9/25/10 11:27 AM | FTV VictoriaW |
| 68.104.66.184 | Cox Communications | 9/19/10 2:23 PM | FTV Madeline |
| 68.105.135.134 | Cox Communications | 9/20/10 7:00 PM | FTV Brea |
| 68.107.249.115 | Cox Communications | 9/21/10 7:38 PM | FTV Madeline |
| 68.11.231.173 | Cox Communications | 9/20/10 2:26 PM | FTV Trisha |
| 68.111.163.13 | Cox Communications | 9/21/10 8:08 PM | FTV Madeline |
| 68.2.106.164 | Cox Communications | 9/19/10 2:22 PM | FTV Madeline |
| 68.2.21.65 | Cox Communications | 9/21/10 11:10 PM | FTV Madeline |
| 68.225.216.81 | Cox Communications | 9/19/10 5:11 AM | FTV Madeline |
| 68.226.17.35 | Cox Communications | 9/19/10 10:40 PM | FTV Madeline |
| 68.229.50.132 | Cox Communications | 9/25/10 10:57 AM | FTV VictoriaW |
| 68.3.14.227 | Cox Communications | 9/19/10 1:53 PM | FTV Brea |
| 68.3.64.50 | Cox Communications | 9/22/10 7:17 AM | FTVX Rachel |
| 68.5.135.46 | Cox Communications | 9/22/10 7:18 AM | FTVX Rachel |
| 68.8.141.51 | Cox Communications | 9/22/10 7:16 AM | FTV Trisha |
| 68.96.73.34 | Cox Communications | 9/21/10 7:38 PM | FTV Madeline |
| 68.98.179.63 | Cox Communications | 9/21/10 8:08 PM | FTV Madeline |
| 70.174.56.146 | Cox Communications | 9/25/10 11:32 AM | FTV VictoriaW |

| IP Address | ISP | Date/Time | User |
|---|---|---|---|
| 70.176.201.49 | Cox Communications | 9/25/10 9:14 AM | FTV VictoriaW |
| 70.178.222.36 | Cox Communications | 9/25/10 9:05 AM | FTV VictoriaW |
| 70.179.99.211 | Cox Communications | 9/25/10 11:12 AM | FTV VictoriaW |
| 70.190.162.226 | Cox Communications | 9/25/10 11:07 AM | FTV VictoriaW |
| 70.190.199.221 | Cox Communications | 9/19/10 2:08 PM | FTV Madeline |
| 72.193.160.11 | Cox Communications | 9/19/10 4:17 AM | FTV Madeline |
| 72.196.199.8 | Cox Communications | 9/20/10 5:32 PM | FTV Brea |
| 72.197.47.4 | Cox Communications | 9/20/10 6:53 PM | FTV Kylah |
| 72.199.220.189 | Cox Communications | 9/20/10 5:57 AM | FTV Madeline |
| 72.201.152.85 | Cox Communications | 9/21/10 9:04 AM | FTV Madeline |
| 72.201.9.43 | Cox Communications | 9/19/10 4:52 AM | FTV Madeline |
| 72.203.173.56 | Cox Communications | 9/19/10 5:17 AM | FTV Madeline |
| 72.208.59.27 | Cox Communications | 9/20/10 11:42 AM | FTV Kylah |
| 72.219.173.8 | Cox Communications | 9/19/10 10:59 PM | FTV Madeline |
| 72.223.17.59 | Cox Communications | 9/19/10 10:59 PM | FTV Madeline |
| 98.162.179.251 | Cox Communications | 9/25/10 11:02 AM | FTV VictoriaW |
| 98.168.145.29 | Cox Communications | 9/22/10 11:16 AM | FTV Ally |
| 98.169.167.199 | Cox Communications | 9/21/10 8:33 AM | FTV Madeline |
| 98.172.187.212 | Cox Communications | 9/20/10 7:01 PM | FTV Brea |
| 98.178.154.23 | Cox Communications | 9/19/10 11:34 PM | FTV Kylah |
| 98.180.203.244 | Cox Communications | 9/21/10 7:45 PM | FTV Madeline |
| 98.183.231.123 | Cox Communications | 9/20/10 10:02 PM | FTV Madeline |
| 173.2.202.232 | CSC (Cablevision) | 9/22/10 7:18 AM | FTVX Rachel |
| 173.2.232.26 | CSC (Cablevision) | 9/19/10 3:54 AM | FTV Madeline |
| 24.185.20.79 | CSC (Cablevision) | 9/21/10 7:55 PM | FTV Brea |
| 24.188.118.2 | CSC (Cablevision) | 9/20/10 8:47 PM | FTV Brea |
| 24.188.210.166 | CSC (Cablevision) | 9/25/10 9:05 AM | FTV VictoriaW |
| 24.188.246.84 | CSC (Cablevision) | 9/25/10 11:12 AM | FTV VictoriaW |
| 24.45.223.114 | CSC (Cablevision) | 9/20/10 1:37 AM | FTV Madeline |
| 24.46.153.195 | CSC (Cablevision) | 9/21/10 8:08 PM | FTV Madeline |
| 67.80.30.175 | CSC (Cablevision) | 9/20/10 11:03 PM | FTV Brea |
| 67.82.223.214 | CSC (Cablevision) | 9/21/10 8:10 AM | FTV Ally |

| IP Address | ISP | Date/Time | User |
|---|---|---|---|
| 67.86.31.178 | CSC (Cablevision) | 9/25/10 11:27 AM | FTV VictoriaW |
| 69.120.185.53 | CSC (Cablevision) | 9/20/10 7:27 PM | FTV Madeline |
| 69.124.225.145 | CSC (Cablevision) | 9/20/10 10:02 PM | FTV Madeline |
| 209.237.196.120 | DataFrame | 9/25/10 10:57 AM | FTV VictoriaW |
| 74.213.203.72 | Emery Telecom | 9/21/10 8:19 AM | FTV Trisha |
| 71.168.105.59 | Fairpoint Communications | 9/21/10 9:00 PM | FTV Brea |
| 71.168.111.17 | Fairpoint Communications | 9/21/10 8:09 PM | FTV Brea |
| 74.39.76.63 | Frontier Communications | 9/25/10 11:06 AM | FTV VictoriaW |
| 24.237.87.186 | GCI Communications | 9/21/10 8:10 AM | FTV Ally |
| 69.178.100.161 | GCI Communications | 9/21/10 7:38 PM | FTV Madeline |
| 216.19.216.190 | GetNet | 9/22/10 7:21 AM | FTVX Rachel |
| 75.127.96.152 | Global Net Access | 9/19/10 2:23 PM | FTV Madeline |
| 66.90.217.251 | Grande Communications | 9/20/10 6:12 PM | FTV Kylah |
| 72.48.102.85 | Grande Communications | 9/25/10 11:27 AM | FTV VictoriaW |
| 128.164.16.108 | GW University | 9/22/10 11:36 AM | FTV Ally |
| 72.235.26.173 | HawaiianTel | 9/22/10 1:10 AM | FTV Brea |
| 69.5.148.67 | ICS Inc. | 9/19/10 11:42 PM | FTV Madeline |
| 74.138.144.251 | Insight Communications | 9/21/10 7:38 PM | FTV Madeline |
| 74.141.213.147 | Insight Communications | 9/19/10 3:50 AM | FTV Madeline |
| 76.72.20.237 | LusFiber | 9/21/10 9:30 PM | FTV Kylah |
| 76.77.236.103 | Madison | 9/20/10 7:07 PM | FTV Brea |
| 173.19.225.147 | MediaCom | 9/21/10 9:25 PM | FTV Kylah |
| 173.22.115.205 | MediaCom | 9/20/10 7:16 PM | FTV Madeline |
| 173.23.250.68 | MediaCom | 9/21/10 7:38 PM | FTV Madeline |
| 173.26.198.166 | MediaCom | 9/19/10 11:37 PM | FTV Brea |
| 173.26.228.54 | MediaCom | 9/19/10 11:34 PM | FTV Kylah |
| 208.107.184.26 | Midcontinent Communications | 9/22/10 7:18 AM | FTVX Rachel |
| 216.59.6.31 | Netriplex | 9/20/10 6:52 PM | FTV Brea |
| 64.191.3.5 | Network Operations Center Inc. | 9/25/10 10:53 AM | FTV VictoriaW |
| 207.55.100.194 | PEAK Internet | 9/21/10 9:21 AM | FTV Brea |
| 75.97.16.183 | PenTeleData | 9/25/10 11:22 AM | FTV VictoriaW |
| 174.28.50.215 | Qwest | 9/20/10 6:00 PM | FTV Brea |

| IP Address | ISP | Date/Time | Hash |
|---|---|---|---|
| 184.96.115.164 | Qwest | 9/20/10 7:01 PM | FTV Brea |
| 184.97.155.16 | Qwest | 9/22/10 7:18 AM | FTVX Rachel |
| 184.97.177.69 | Qwest | 9/22/10 1:10 AM | FTV Brea |
| 70.58.132.213 | Qwest | 9/22/10 12:55 AM | FTV Madeline |
| 97.118.230.62 | Qwest | 9/22/10 9:36 AM | FTV Brea |
| 97.127.112.13 | Qwest | 9/20/10 6:00 PM | FTV Madeline |
| 207.237.110.53 | RCN Corp. | 9/21/10 8:00 PM | FTV Brea |
| 24.136.6.242 | RCN Corp. | 9/22/10 7:46 AM | FTVX Rachel |
| 64.121.97.159 | RCN Corp. | 9/20/10 2:43 PM | FTVX Rachel |
| 65.78.11.48 | RCN Corp. | 9/22/10 10:26 AM | FTV Brea |
| 173.172.16.134 | Road Runner | 9/25/10 11:22 AM | FTV VictoriaW |
| 173.173.25.100 | Road Runner | 9/21/10 9:30 PM | FTV Kylah |
| 173.173.61.177 | Road Runner | 9/20/10 11:38 PM | FTV Brea |
| 174.101.22.229 | Road Runner | 9/21/10 7:48 PM | FTV Brea |
| 174.102.196.179 | Road Runner | 9/20/10 2:44 PM | FTVX Rachel |
| 184.91.183.108 | Road Runner | 9/21/10 9:30 PM | FTV Kylah |
| 208.120.231.87 | Road Runner | 9/20/10 2:36 PM | FTV Kylah |
| 24.161.44.119 | Road Runner | 9/20/10 6:57 PM | FTV Brea |
| 24.175.140.74 | Road Runner | 9/21/10 8:08 PM | FTV Madeline |
| 24.193.255.97 | Road Runner | 9/19/10 10:59 PM | FTV Madeline |
| 24.209.94.8 | Road Runner | 9/25/10 9:08 AM | FTV VictoriaW |
| 24.210.44.71 | Road Runner | 9/20/10 10:02 PM | FTV Kylah |
| 24.215.157.199 | Road Runner | 9/20/10 6:57 PM | FTV Brea |
| 24.29.50.71 | Road Runner | 9/25/10 11:17 AM | FTV VictoriaW |
| 24.58.56.86 | Road Runner | 9/19/10 10:32 PM | FTV Brea |
| 24.95.247.188 | Road Runner | 9/20/10 7:01 PM | FTV Brea |
| 63.246.160.131 | Road Runner | 9/19/10 10:46 PM | FTV Madeline |
| 65.186.80.26 | Road Runner | 9/21/10 9:30 PM | FTV Brea |
| 65.24.58.214 | Road Runner | 9/21/10 8:17 AM | FTVX Rachel |
| 65.27.232.27 | Road Runner | 9/21/10 8:33 AM | FTV Madeline |
| 65.29.170.85 | Road Runner | 9/22/10 7:41 AM | FTVX Rachel |
| 65.35.201.216 | Road Runner | 9/22/10 1:15 AM | FTV Kylah |

| IP Address | ISP | Date/Time | Hash |
|---|---|---|---|
| 66.108.181.139 | Road Runner | 9/20/10 2:48 PM | FTV Ally |
| 66.108.79.170 | Road Runner | 9/21/10 7:39 PM | FTV Brea |
| 66.25.162.53 | Road Runner | 9/21/10 8:13 AM | FTV Madeline |
| 66.26.86.157 | Road Runner | 9/20/10 5:10 PM | FTV Madeline |
| 66.27.109.186 | Road Runner | 9/21/10 7:48 PM | FTV Brea |
| 66.66.147.137 | Road Runner | 9/19/10 11:02 PM | FTV Madeline |
| 66.74.157.32 | Road Runner | 9/20/10 10:02 PM | FTV Brea |
| 66.75.27.34 | Road Runner | 9/22/10 1:30 AM | FTV Madeline |
| 66.8.149.232 | Road Runner | 9/21/10 7:38 PM | FTV Madeline |
| 67.241.153.204 | Road Runner | 9/19/10 4:17 AM | FTV Madeline |
| 67.246.32.64 | Road Runner | 9/21/10 9:04 AM | FTV Trisha |
| 67.252.185.195 | Road Runner | 9/19/10 4:02 AM | FTV Madeline |
| 67.255.0.230 | Road Runner | 9/22/10 12:40 AM | FTV Brea |
| 68.200.253.88 | Road Runner | 9/20/10 10:02 PM | FTV Kylah |
| 68.207.124.11 | Road Runner | 9/21/10 7:45 PM | FTV Madeline |
| 69.134.26.46 | Road Runner | 9/25/10 9:34 AM | FTV VictoriaW |
| 69.134.28.244 | Road Runner | 9/25/10 9:14 AM | FTV VictoriaW |
| 69.207.135.108 | Road Runner | 9/22/10 9:41 AM | FTV Trisha |
| 69.22.193.140 | Road Runner | 9/20/10 6:17 PM | FTV Kylah |
| 69.23.69.144 | Road Runner | 9/20/10 3:35 PM | FTV Brea |
| 69.23.75.228 | Road Runner | 9/22/10 8:16 AM | FTV Daphne |
| 69.23.78.151 | Road Runner | 9/22/10 7:26 AM | FTV Dahpne |
| 70.115.200.6 | Road Runner | 9/20/10 5:33 PM | FTV Brea |
| 70.125.111.69 | Road Runner | 9/22/10 7:17 AM | FTVX Rachel |
| 70.125.89.102 | Road Runner | 9/25/10 11:17 AM | FTV VictoriaW |
| 70.92.175.118 | Road Runner | 9/21/10 8:17 AM | FTVX Rachel |
| 71.72.177.240 | Road Runner | 9/21/10 7:38 PM | FTV Madeline |
| 72.129.241.107 | Road Runner | 9/22/10 11:11 AM | FTVX Rachel |
| 72.129.61.93 | Road Runner | 9/21/10 7:46 PM | FTV Madeline |
| 72.129.73.191 | Road Runner | 9/19/10 2:08 PM | FTV Madeline |
| 72.179.175.2 | Road Runner | 9/21/10 11:00 PM | FTV Brea |
| 72.181.32.94 | Road Runner | 9/21/10 8:10 PM | FTV Brea |

| IP Address | ISP | Date/Time | User |
|---|---|---|---|
| 72.189.243.16 | Road Runner | 9/25/10 9:34 AM | FTV VictoriaW |
| 72.224.44.37 | Road Runner | 9/19/10 2:09 PM | FTV Madeline |
| 72.231.174.231 | Road Runner | 9/21/10 8:05 PM | FTV Brea |
| 74.65.227.138 | Road Runner | 9/19/10 11:47 PM | FTV Brea |
| 74.66.18.107 | Road Runner | 9/20/10 7:27 PM | FTV Brea |
| 74.69.1.248 | Road Runner | 9/20/10 9:08 PM | FTV Madeline |
| 74.70.254.178 | Road Runner | 9/20/10 7:12 PM | FTV Madeline |
| 74.76.52.189 | Road Runner | 9/25/10 9:10 AM | FTV VictoriaW |
| 74.76.54.149 | Road Runner | 9/21/10 7:45 PM | FTV Madeline |
| 74.78.79.2 | Road Runner | 9/22/10 9:41 AM | FTV Trisha |
| 75.180.226.93 | Road Runner | 9/19/10 1:21 PM | FTV Madeline |
| 75.186.65.138 | Road Runner | 9/25/10 9:34 AM | FTV VictoriaW |
| 75.81.44.160 | Road Runner | 9/21/10 8:40 PM | FTV Madeline |
| 75.83.204.92 | Road Runner | 9/20/10 9:53 PM | FTV Brea |
| 75.86.254.235 | Road Runner | 9/20/10 6:00 PM | FTV Madeline |
| 76.15.47.137 | Road Runner | 9/20/10 7:57 PM | FTV Brea |
| 76.175.179.71 | Road Runner | 9/21/10 8:05 PM | FTV Brea |
| 76.178.163.168 | Road Runner | 9/19/10 2:09 PM | FTV Brea |
| 76.180.231.62 | Road Runner | 9/20/10 5:27 PM | FTV Brea |
| 76.182.175.48 | Road Runner | 9/20/10 10:02 PM | FTV Madeline |
| 76.182.217.100 | Road Runner | 9/22/10 7:16 AM | FTV Trisha |
| 76.183.113.144 | Road Runner | 9/21/10 7:45 PM | FTV Brea |
| 76.184.247.18 | Road Runner | 9/22/10 7:16 AM | FTV Trisha |
| 76.84.84.17 | Road Runner | 9/22/10 9:41 AM | FTV Trisha |
| 76.91.117.104 | Road Runner | 9/20/10 2:43 PM | FTVX Rachel |
| 76.94.66.199 | Road Runner | 9/19/10 4:02 AM | FTV Madeline |
| 97.97.38.49 | Road Runner | 9/20/10 2:55 PM | FTV Ally |
| 98.144.65.85 | Road Runner | 9/21/10 8:19 AM | FTV Trisha |
| 98.149.118.97 | Road Runner | 9/21/10 7:48 PM | FTV Brea |
| 98.156.81.14 | Road Runner | 9/25/10 9:02 AM | FTV VictoriaW |
| 66.72.206.25 | SBC Internet | 9/19/10 2:54 PM | FTV Madeline |
| 69.107.78.86 | SBC Internet | 9/25/10 11:13 AM | FTV VictoriaW |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 69.110.148.206 | SBC Internet | 9/21/10 7:55 PM | FTV Brea |
| 71.131.181.57 | SBC Internet | 9/20/10 4:57 PM | FTV Brea |
| 71.131.187.225 | SBC Internet | 9/21/10 8:36 AM | FTV Brea |
| 71.158.167.251 | SBC Internet | 9/25/10 11:07 AM | FTV VictoriaW |
| 75.1.56.213 | SBC Internet | 9/20/10 9:33 PM | FTV Kylah |
| 75.19.125.125 | SBC Internet | 9/21/10 9:04 AM | FTV Brea |
| 75.20.231.120 | SBC Internet | 9/19/10 4:02 AM | FTV Madeline |
| 75.3.143.21 | SBC Internet | 9/22/10 12:45 AM | FTV Madeline |
| 75.41.255.47 | SBC Internet | 9/21/10 9:26 PM | FTV Kylah |
| 75.50.248.186 | SBC Internet | 9/19/10 1:53 PM | FTV Brea |
| 76.226.102.239 | SBC Internet | 9/21/10 9:51 AM | FTV Brea |
| 76.227.137.215 | SBC Internet | 9/21/10 10:55 PM | FTV Ally |
| 76.241.143.200 | SBC Internet | 9/19/10 10:46 PM | FTV Madeline |
| 76.241.189.187 | SBC Internet | 9/21/10 8:05 PM | FTV Madeline |
| 76.243.31.160 | SBC Internet | 9/20/10 10:38 PM | FTV Madeline |
| 99.123.6.131 | SBC Internet | 9/21/10 7:39 PM | FTV Brea |
| 99.163.125.221 | SBC Internet | 9/22/10 1:10 AM | FTV Brea |
| 99.18.193.1 | SBC Internet | 9/20/10 5:57 PM | FTV Brea |
| 99.183.131.90 | SBC Internet | 9/20/10 4:11 PM | FTV Dahpne |
| 99.23.162.98 | SBC Internet | 9/20/10 10:58 PM | FTV Madeline |
| 99.23.238.197 | SBC Internet | 9/22/10 2:10 AM | FTV Brea |
| 99.29.120.86 | SBC Internet | 9/21/10 10:01 AM | FTV Brea |
| 99.29.192.212 | SBC Internet | 9/19/10 10:32 PM | FTV Brea |
| 99.33.235.72 | SBC Internet | 9/22/10 7:51 AM | FTV Dahpne |
| 99.34.224.60 | SBC Internet | 9/22/10 7:18 AM | FTVX Rachel |
| 99.55.172.208 | SBC Internet | 9/20/10 9:33 PM | FTV Madeline |
| 99.59.40.125 | SBC Internet | 9/21/10 8:13 AM | FTV Madeline |
| 99.64.33.216 | SBC Internet | 9/22/10 7:39 AM | FTVX Rachel |
| 99.7.165.54 | SBC Internet | 9/20/10 10:53 PM | FTV Madeline |
| 99.93.100.6 | SBC Internet | 9/22/10 11:31 AM | FTV Brea |
| 216.184.31.73 | Southwest Cyberport | 9/20/10 7:42 PM | FTV Kylah |
| 67.199.188.39 | Spanish Fork City | 9/21/10 8:08 PM | FTV Madeline |

| IP Address | ISP | Date/Time | Hash |
|---|---|---|---|
| 69.176.150.92 | Spartan Net | 9/21/10 8:09 PM | FTV Brea |
| 204.116.89.113 | Spirit Telecom | 9/21/10 7:39 PM | FTV Brea |
| 74.192.217.247 | SuddenLink | 9/19/10 10:34 AM | FTV Madeline |
| 74.192.25.154 | SuddenLink | 9/25/10 11:03 AM | FTV VictoriaW |
| 75.111.105.37 | SuddenLink | 9/20/10 7:52 PM | FTV Kylah |
| 75.111.215.175 | SuddenLink | 9/21/10 7:56 PM | FTV Brea |
| 129.2.172.237 | UMD PhysLab | 9/21/10 7:38 PM | FTV Madeline |
| 128.62.63.164 | UTexas | 9/20/10 5:12 PM | FTV Madeline |
| 108.0.134.7 | Verizon Internet Services | 9/22/10 10:31 AM | FTV Daphne |
| 108.16.83.8 | Verizon Internet Services | 9/19/10 1:59 PM | FTV Madeline |
| 108.3.16.98 | Verizon Internet Services | 9/21/10 8:10 PM | FTV Brea |
| 108.5.105.168 | Verizon Internet Services | 9/22/10 9:46 AM | FTVX Rachel |
| 108.6.36.161 | Verizon Internet Services | 9/22/10 9:16 AM | FTVX Rachel |
| 173.50.155.146 | Verizon Internet Services | 9/19/10 11:34 PM | FTV Kylah |
| 173.50.254.161 | Verizon Internet Services | 9/25/10 9:34 AM | FTV VictoriaW |
| 173.57.175.175 | Verizon Internet Services | 9/21/10 7:38 PM | FTV Madeline |
| 173.60.230.246 | Verizon Internet Services | 9/20/10 7:12 PM | FTV Brea |
| 173.60.96.172 | Verizon Internet Services | 9/20/10 12:32 AM | FTV Madeline |
| 173.62.215.187 | Verizon Internet Services | 9/19/10 10:40 PM | FTV Madeline |
| 173.66.59.234 | Verizon Internet Services | 9/21/10 7:38 PM | FTV Madeline |
| 173.67.245.170 | Verizon Internet Services | 9/20/10 4:27 AM | FTV Madeline |
| 173.71.101.185 | Verizon Internet Services | 9/21/10 7:45 PM | FTV Brea |
| 173.71.16.95 | Verizon Internet Services | 9/19/10 2:22 PM | FTV Brea |
| 173.71.47.139 | Verizon Internet Services | 9/22/10 1:25 AM | FTV Brea |
| 173.71.61.45 | Verizon Internet Services | 9/21/10 7:39 PM | FTV Madeline |
| 173.72.179.240 | Verizon Internet Services | 9/20/10 7:27 PM | FTV Kylah |
| 173.73.160.38 | Verizon Internet Services | 9/20/10 7:00 PM | FTV Brea |
| 173.74.16.219 | Verizon Internet Services | 9/22/10 2:40 AM | FTV Brea |
| 173.74.213.200 | Verizon Internet Services | 9/25/10 11:52 AM | FTV VictoriaW |
| 173.75.240.180 | Verizon Internet Services | 9/19/10 11:52 PM | FTV Madeline |
| 173.76.172.140 | Verizon Internet Services | 9/21/10 7:39 PM | FTV Madeline |
| 173.78.78.231 | Verizon Internet Services | 9/21/10 9:30 PM | FTV Kylah |

| IP Address | ISP | Date/Time | Hash |
|---|---|---|---|
| 173.79.105.155 | Verizon Internet Services | 9/20/10 7:10 PM | FTV Brea |
| 173.79.62.22 | Verizon Internet Services | 9/21/10 7:45 PM | FTV Madeline |
| 68.161.50.134 | Verizon Internet Services | 9/21/10 8:46 AM | FTVX Rachel |
| 68.161.83.225 | Verizon Internet Services | 9/22/10 9:16 AM | FTVX Rachel |
| 70.105.112.136 | Verizon Internet Services | 9/21/10 9:35 PM | FTV Madeline |
| 70.105.123.56 | Verizon Internet Services | 9/20/10 7:07 PM | FTV Madeline |
| 70.106.132.153 | Verizon Internet Services | 9/25/10 11:07 AM | FTV VictoriaW |
| 71.163.168.210 | Verizon Internet Services | 9/19/10 2:08 PM | FTV Madeline |
| 71.163.53.39 | Verizon Internet Services | 9/21/10 8:09 PM | FTV Brea |
| 71.167.16.167 | Verizon Internet Services | 9/25/10 9:02 AM | FTV VictoriaW |
| 71.167.187.41 | Verizon Internet Services | 9/25/10 10:57 AM | FTV VictoriaW |
| 71.170.3.141 | Verizon Internet Services | 9/21/10 8:51 AM | FTV Madeline |
| 71.170.42.108 | Verizon Internet Services | 9/25/10 11:17 AM | FTV VictoriaW |
| 71.178.244.15 | Verizon Internet Services | 9/21/10 8:05 PM | FTV Madeline |
| 71.180.190.151 | Verizon Internet Services | 9/21/10 8:08 PM | FTV Madeline |
| 71.184.224.96 | Verizon Internet Services | 9/21/10 7:08 AM | FTV Brea |
| 71.190.151.40 | Verizon Internet Services | 9/25/10 11:06 AM | FTV VictoriaW |
| 71.190.98.64 | Verizon Internet Services | 9/20/10 8:22 PM | FTV Kylah |
| 71.245.104.31 | Verizon Internet Services | 9/21/10 8:35 PM | FTV Ally |
| 71.254.185.223 | Verizon Internet Services | 9/20/10 7:07 PM | FTV Madeline |
| 72.66.4.226 | Verizon Internet Services | 9/21/10 9:03 AM | FTV Ally |
| 72.80.158.198 | Verizon Internet Services | 9/20/10 8:12 AM | FTV Madeline |
| 72.86.8.209 | Verizon Internet Services | 9/19/10 10:40 PM | FTV Madeline |
| 72.90.124.179 | Verizon Internet Services | 9/20/10 6:00 PM | FTV Brea |
| 74.107.133.17 | Verizon Internet Services | 9/19/10 4:27 AM | FTV Madeline |
| 74.109.109.207 | Verizon Internet Services | 9/21/10 8:25 PM | FTV Madeline |
| 74.109.241.126 | Verizon Internet Services | 9/20/10 6:12 PM | FTV Kylah |
| 74.111.191.194 | Verizon Internet Services | 9/20/10 12:27 AM | FTV Madeline |
| 74.111.196.155 | Verizon Internet Services | 9/21/10 11:15 PM | FTV Brea |
| 74.111.5.138 | Verizon Internet Services | 9/20/10 7:27 PM | FTV Brea |
| 74.98.185.8 | Verizon Internet Services | 9/19/10 7:32 AM | FTV Madeline |
| 74.98.91.237 | Verizon Internet Services | 9/21/10 7:50 PM | FTV Brea |

| IP Address | ISP | Date/Time | Hash |
|---|---|---|---|
| 96.229.170.116 | Verizon Internet Services | 9/25/10 11:06 AM | FTV VictoriaW |
| 96.231.58.204 | Verizon Internet Services | 9/25/10 9:34 AM | FTV VictoriaW |
| 96.233.77.14 | Verizon Internet Services | 9/19/10 3:54 AM | FTV Madeline |
| 96.239.73.101 | Verizon Internet Services | 9/20/10 1:37 AM | FTV Madeline |
| 96.240.140.70 | Verizon Internet Services | 9/21/10 9:30 PM | FTV Kylah |
| 96.241.67.28 | Verizon Internet Services | 9/21/10 7:48 PM | FTV Brea |
| 96.242.229.103 | Verizon Internet Services | 9/21/10 8:17 AM | FTVX Rachel |
| 96.251.130.203 | Verizon Internet Services | 9/20/10 1:52 AM | FTV Madeline |
| 96.255.123.107 | Verizon Internet Services | 9/19/10 12:01 PM | FTV Madeline |
| 96.255.9.35 | Verizon Internet Services | 9/19/10 11:07 PM | FTV Madeline |
| 98.110.163.115 | Verizon Internet Services | 9/21/10 10:05 PM | FTV Madeline |
| 98.114.248.12 | Verizon Internet Services | 9/21/10 8:25 AM | FTV Ally |
| 98.114.66.243 | Verizon Internet Services | 9/21/10 8:09 PM | FTV Brea |
| 69.99.199.104 | Verizon Wireless | 9/22/10 6:55 AM | FTV Madeline |
| 75.218.177.4 | Verizon Wireless | 9/21/10 9:10 AM | FTV Madeline |
| 75.218.18.78 | Verizon Wireless | 9/20/10 7:02 AM | FTV Madeline |
| 76.14.115.246 | Wave Cable | 9/21/10 10:35 PM | FTV Kylah |
| 69.14.41.174 | WideOpenWest | 9/22/10 1:15 AM | FTV Madeline |
| 166.70.162.29 | Xmission | 9/19/10 11:02 PM | FTV Madeline |
| 24.154.166.82 | Zoom Internet | 9/21/10 7:48 PM | FTV Brea |
| 24.154.234.111 | Zoom Internet | 9/19/10 3:54 AM | FTV Madeline |