### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 500 )<br>)<br>Defendants. )<br>)<br>_____ ) | CASE NO.:<br><br>Judge:<br>Magistrate Judge: |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND
### NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2

Plaintiff First Time Videos LLC is an affiliate of FTV Inc. No publicly held company owns 5% or more of Plaintiff's stock.

Respectfully submitted,

First Time Videos LLC

**DATED:** September 29, 2010

By: /s/ John Steele_____
John L. Steele (Bar No. 6292158)
Steele Law Firm, LLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-893-5888; Fax 312-893-5604
john@steele-law.com
*Attorney for Plaintiff*