# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

First Time Videos LLC

                      Plaintiff,

v.                                                         Case No.: 1:10−cv−06254

                                                              Honorable Ruben Castillo

Does 1−500

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 1, 2010:

      MINUTE entry before Honorable Ruben Castillo:After a careful review of the case docket, the Court hereby dismisses the complaint without prejudice to a proper amended complaint which names individual defendants. Plaintiff's attorney is cautioned that there must be joint activity by similar defendants to name said defendants in one lawsuit. Individual lawsuits against any defendant operating individually would be appropriate. Plaintiff's motion for leave to proceed with discovery [5] is granted. Plaintiff's counsel is authorized to proceed with expedited discovery to discover the identity of the appropriate defendants. Motion hearing set for 10/6/2010 is vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.