# United States District Court, Northern District of Illinois


MHN

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6254 | **DATE** | 10/7/2010 |
| **CASE TITLE** | First Time Videos LLC vs. Does 1 - 500 | | |

**DOCKET ENTRY TEXT**

Enter Order Granting Plaintiff's Ex Parte Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

2010 OCT -7 PM 3:03
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|