**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| First Time Videos, LLC | ] | Case No. 10-CV-06254 |
| | ] | |
| v. | ] | Judge Castillo |
| | ] | |
| Does 1-500 | ] | Magistrate Judge Mason |

**AMENDED NOTICE OF MOTION**

To: John Steele
Steele Hansmeier PLLC
161 North Clark Street, Suite 4700
Chicago, Illinois 60601

Please be advised that the undersigned shall appear on January 18, 2011 at 9:45 a.m. before Judge Castillo or any Judge sitting in his stead, in Courtroom 2141, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604, and shall thereupon present **MOTION BY JOHN DOE 173.19.225.147 TO QUASH SUBPOENA AND FOR COSTS AND FEES PURSUANT TO 17 USC §505**, a true and correct copy of which was previously served upon you through the ECF system.

Respectfully submitted,

JOHN DOE 173.19.225.147

By: /s/ Kevin A Thompson
One of its Attorneys

Kevin A. Thompson (Reg. No. 6256767)
DAVIS McGRATH LLC
125 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Telephone: (312) 332-3033
Facsimile: (312) 332-6376
kthompson@davismcgrath.com