**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS LLC | ) |
|     Plaintiff, | ) CASE NO.: 10-cv-06254 |
| v. | ) Judge: Ruben Castillo |
| | ) Magistrate Judge: |
| DOES 1 – 500 | ) |
|     Defendants. | ) |

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT

Plaintiff FIRST TIME VIDEOS LLC, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provides this notice that all claims against that certain defendant identified in the Complaint as associated with IP address **98.206.90.10**, should be, and hereby are, dismissed with prejudice.

Respectfully submitted,

First Time Videos LLC

**DATED:** December 27, 2010

By: /s/ John Steele
John L. Steele (Bar No. 6292158)
Steele │ Hansmeier, PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;   Fax 312-893-5604
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

6519343v1  63070