

| | | |
|---|---|---|
| **CT Corporation** | 150 Fayetteville Street<br>Box 1011<br>Raleigh, NC 27601 | 919 821 7139 tel<br>919 821 7253 fax<br>www.ctlegalsolutions.com |

November 05, 2010



John Steele
Steele Law Firm LLC
161 N. Clark Street,
Ste. 4700,
Chicago, IL 60601

Re: First Time Videos, LLC, Pltf. vs. Does 1-500, Dft. // To: Fairpoint Communications

Case No. 1:10-CV-6254

Dear Sir/Madam:

We are herewith returning the Letter, Subpoena, Attachment, Order which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: **FAIRPOINT COMMUMICATIONS**. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,


Ronnie Strickland
Manager Fulfill Ctr

Log# 517558520

FedEx Tracking# 794087555645

cc: US District Court, Northern District of Illinois
    2044 Dirksen Bldg.,
    219 S. Dearborn Street,
    Chicago, IL 60604