# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC | CASE NO. 10-cv-06254 |
| Plaintiff, | Judge: Hon. Ruben Castillo |
| | Magistrate Judge: Hon. Michael T. Mason |
| v. | |
| DOES 1 – 500 | |
| Defendants. | |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR SANCTIONS UNDER INHERENT POWER OF THIS COURT

Plaintiff First Time Videos ("FTV") through its attorneys, Steele Hansmeier PLLC, moves the Court to withdraw its Motion for Sanctions and strike the presentment date of March 15, 2011. The concerns raised by Plaintiff have been substantially addressed by attorney Thompson's Amended Reply filed March 9, 2011 [Doc #69].

Respectfully submitted,

FIRST TIME VIDEOS, LLC

**DATED:** March 9, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 9, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). Service by first class mail was made to the following:

Joel Shapiro
250 W. Ocean Blvd. # 1615
Long Beach, CA 90802

/s/ John Steele
JOHN STEELE