**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

First Time Videos LLC

                              Plaintiff,

v.                                                     Case No.: 1:10−cv−06254
                                                   Honorable Ruben Castillo

Does 1−500, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 10, 2011:

      MINUTE entry before Honorable Ruben Castillo:Defendant Doe (identified as IP address 173.78.78.231) motion for extension of time to object to subpoena [54] is granted. Defendant's motion to object to subpoena is due on or before 3/22/2001. Plaintiff's response will be due on or before 4/5/2011. Defendant's reply will be due on or before 4/15/2011. The Court will rule by mail. Motion hearing set for 3/15/2011 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.