UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:10-cv-06254 |
| | ) | |
| v. | ) | Judge Castillo |
| | ) | |
| DOES 1-500 | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JURY DEMAND

The undersigned, as attorney for **Defendant, John Doe, IP Number 173.74.16.219** hereby demands trial by jury.

Date: 3/29/11

/s/Colleen T. Tierney
Colleen T. Tierney
Illinois Bar 6290916
McVEY & PARSKY, LLC
30 N. LaSalle Street, Suite 2100
Chicago, Illinois 60602
Phone: 312-551-2130
Fax:    312-551-2131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Jay Paul Deratany
The Deratany Firm
221 North La Salle Street
#2200
Chicago, IL 60601
(312)857-7285
jaypaulderatany@aol.com
Attorney for Does 1-500

Albert Ettinger
53 W. Jackson
Suite 1664
Chicago, IL 60604
773-818-4825
ettinger.albert@gmail.com
Attorney for John Doe 98.232.188.168

David Thaddeus Grisamore
Law Offices of David T. Grisamore
53 W. Jackson
Suite 1643
Chicago, IL 60604
(312)913-3448
dgriz67@sbcglobal.net
Attorney for 173.78.78.231 John Doe

Charles Lee Mudd, Jr
Mudd Law Offices
3114 West Irving Park Road
Suite 1W
Chicago, IL 60618
(773) 588-5410
cmudd@muddlawoffices.com
Attorney for Electronic Frontier Foundation

Mark Anthony Petrolis
Mudd Law Offices
3114 West Irving Park Road
#1w
Chicago, IL 60618
(773) 588-5410
mpetrolis@muddlawoffices.com
Attorney for Electronic Frontier Foundation

Theodore T. Scudder, III
Law Office of Sidney Ezra
55 West Wacker Drive
9th Floor
Chicago, IL 60601
(312)404-3738
(312)357-8889 (fax)
theodorescudder@att.net
Attorney for John Doe 24.10.155.152

John Steele
Steele Hansmeier PLLC
161 North Clark Street
Suite 4700
Chicago, IL 60601
(312) 880 - 9160
jlsteele@wefightpiracy.com
Attorney for First Time Videos LLC

Kevin Andrew Thompson
Davis, Mannix & McGrath
125 South Wacker Drive
Suite 1700
Chicago, IL 60606
(312) 332-3033
kthompson@davismcgrath.com
Attorney for John Doe 173.19.225.147

David A. Wheeler
Greenberg Traurig, LLP
77 W. Wacker Drive
Suite 3100
Chicago, IL 60601
(312) 456-8400
wheelerd@gtlaw.com
Attorney for Doe No. 68.104.66.184

McVEY & PARSKY, LLC
Attorney for Defendant
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
Tel: (312) 551-2130
Fax: (312) 551-2131

By: /s/ Colleen T. Tierney
    Colleen T. Tierney
     Illinois Bar #6290916