# EXHIBIT A

**IP Address**

173.71.101.185
173.71.47.139
173.79.105.155
66.30.61.116
67.171.95.236
67.173.22.69
68.161.50.134
68.161.83.225
68.226.17.35
68.33.117.108
69.180.0.30
72.193.160.11
76.112.204.117
76.116.145.89
76.19.192.53
76.29.83.243
98.169.167.199
98.206.90.10