# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6254 | **DATE** | 5/6/2011 |
| **CASE TITLE** | First Time Videos LLC vs. Does 1 - 500 | | |

**DOCKET ENTRY TEXT**

Parties' agreed motion to dismiss certain motions to quash and dismiss [118] is granted.  Defendant Doe identified as 98.232.188.168 is dismissed with prejudice pursuant to the Notice of Dismissal [117] filed by plaintiff on 4/28/11.  Defendant's motion to quash subpoena [16] and motion to dismiss [27] are dismissed. Defendant Doe identified as IP address 68.104.66.184 is dismissed with prejudice pursuant to the Notice of Dismissal [119] filed by plaintiff on 4/29/11.  Defendant's motion to quash subpoena [83] is denied as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|