**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois −** **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

First Time Videos LLC, et al.
                              Plaintiff,

v.                                        Case No.: 1:10−cv−06254
                                                  Honorable Ruben Castillo

Does 1−500, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 22, 2011:

      MINUTE entry before Honorable Ruben Castillo:Motion hearing held on 6/22/2011. Plaintiff's responses to defendants IP addresses 24.30.110.31, 67.170.124.201, 69.140.162.127, 98.114.66.243, and 98.234.105.156 motions to quash subpoena, for severance and for costs and fees [139], [140], [141], [142], [143], [144] are due on or before 7/7/2011. Defendants' reply briefs will be due on or before 7/15/2011. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.