

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: John L. Steele

FIRM: Steele Hansmeier PLLC

STREET ADDRESS: 1111 Lincoln Rd, Suite 400

CITY/STATE/ZIP: Miami Beach, FL 33139

PHONE NUMBER: 305.748.2102

E-MAIL ADDRESS: jlsteele@wefightpiracy.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6292158

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
|  | See Attached Addendum |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ John L. Steele                                                                    08/22/2011
_____          _____
Attorney's Signature                                                                       Date

**ADDENDUM**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 10-cv-05603 | MILLENNIUM TGA, INC. v. DOES 1-100 | Hon. Blanche M. Manning |
| 10-cv-05604 | LIGHTSPEED MEDIA CORPORATION v. DOES 1-100 | Hon. Blanche M. Manning |
| 10-cv-05606 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-100 | Hon. Rebecca R. Pallmeyer |
| 10-cv-06254 | FIRST TIME VIDEO, LLC v. DOES 1-500 | Hon. Ruben Castillo |
| 10-cv-06256 | FUTURE BLUE, INC. v. DOES 1-300 | Hon. Suzanne B. Conlon |
| 10-cv-06677 | MCGIP, LLC v. DOES 1-316 | Hon. Virginia M. Kendall |
| 10-cv-07675 | MCGIP, LLC v. DOES 1-1,164 | Hon. William J. Hibbler |
| 11-cv-00092 | OPENMIND SOLUTIONS, INC. v. DOES 1-2925 | Hon. G. Patrick Murphy |
| 11-cv-00935 | MCGIP, LLC v. DOE | Hon. Amy J. St. Eve |
| 11-cv-00937 | MCGIP, LLC v. DOE | Hon. William J. Hibbler |
| 11-cv-02068 | VPR INTERNATIONAL v. DOES 1-1017 | Hon. Harold A. Baker |
| 11-cv-50062 | MCGIP, LLC v. DOES 1-17 | Hon. Frederick J. Kapala |
| 11-cv-02798 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-55 | Hon. John W. Darrah |
| 11-cv-02828 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-44 | Hon. James F. Holderman |
| 11-cv-02829 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-24 | Hon. Matthew F. Kennelly |
| 11-cv-03048 | PINK LOTUS ENTERTAINMENT, LLC v. DOES 1-20 | Hon. Joan H. Lefkow |
| 11-cv-02860 | HEARTBREAKER PRODUCTIONS, INC. v. DOES 1-71 | Hon. Robert W. Gettleman |
| 11-cv-02287 | MCGIP, LLC v. DOES 1-14 | Hon. George W. Lindberg |
| 11-cv-02890 | FIRST TIME VIDEOS, LLC v. DOES 1-27 | Hon. Elaine E. Bucklo |
| 11-cv-02982 | FIRST TIME VIDEOS, LLC v. DOES 1-28 | Hon. Harry D. Leinenweber |
| 11-cv-02980 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-10 | Hon. Matthew F. Kennelly |
| 11-cv-02981 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-14 | Hon. Rebecca R. Pallmeyer |
| 11-cv-02985 | MCGIP, LLC v. DOES 1-24 | Hon. Harry D. Leinenweber |
| 11-cv-03098 | MCGIP, LLC v. DOES 1-44 | Hon. Rebecca R. Pallmeyer |
| 11-cv-03108 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-16 | Hon. Joan B. Gottschall |
| 11-cv-03118 | PACIFIC CENTURY INTERNATIONAL LTD v. DOES 1-14 | Hon. Sharon Johnson Coleman |
| 11-cv-03831 | FIRST TIME VIDEOS, LLC v. DOES 1-76 | Hon. Elaine E. Bucklo |
| 11-cv-03857 | PACIFIC CENTURY INTERNATIONAL LTD v. DOES 1-34 | Hon. Matthew F. Kennelly |
| 11-cv-03837 | FIRST TIME VIDEOS v. DOES 1-63 | Hon. Ruben Castillo |
| 11-cv-03863 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-27 | Hon. Ronald A. Guzman |
| 11-cv-03864 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-25 | Hon. Joan H. Lefkow |
| 11-cv-03866 | HARD DRIVE PRODUCTIONS, INC. v. DOES 1-35 | Hon. Edmond E. Chang |
| 11-cv-04825 | MCGIP, LLC v. DOES 1-17 | Hon. Frederick J. Kapala |
| 11-cv-04486 | MCGIP, LLC v. DOES 1-20 | Hon. William J. Hibbler |
| 11-cv-04488 | MCGIP, LLC v. DOES 1-24 | Hon. Suzanne B. Conlon |