IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

FIRST TIME VIDEOS LLC

        CASE NO. 1:10-CV-06254

    Plaintiff,

        Judge: Hon. Ruben Castillo
v.         Magistrate: Hon. Michael T. Mason

DOES 1 – 500,

    Defendants.

_____

### PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice from this action the remaining Doe Defendants <u>except</u> for the Does associated with the IP addresses listed in Exhibit A attached hereto. The Doe Defendants associated with this dismissal have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. The remaining Doe Defendants are associated with motions to quash that have been denied in this matter. Plaintiff is actively working with the relevant ISP's and expects to be able to address the status of the remaining Doe Defendants in the immediate future.

[intentionally left blank]

        Respectfully submitted,

        FIRST TIME VIDEOS LLC

**DATED:** September 28, 2011

        By:    /s/ John Steele
                John Steele (Bar No. 6292158)
                Steele Hansmeier PLLC
                161 N Clark Street, Suite 3200
                Chicago, IL 60601
                Tel.: (305) 880 - 9160
                jlsteele@wefightpiracy.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 28, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


                                                                         /s/ John Steele
                                                                       JOHN STEELE