# EXHIBIT A

IP Address
173.19.225.147
173.74.16.219
67.170.124.201
71.93.210.243
98.114.66.243
98.162.179.251
98.232.188.168
98.234.105.156