**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

_____

FIRST TIME VIDEOS LLC

        CASE NO. 1:10-CV-06254

    Plaintiff,

        Judge: Hon. Ruben Castillo

v.         Magistrate: Hon. Michael T. Mason

DOES 1 – 500,

    Defendants.

_____

## PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Doe Defendants associated with the IP addresses 173.19.225.147 and 98.234.105.156. The Doe Defendants have filed neither an answer to the Complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

        Respectfully submitted,

        FIRST TIME VIDEOS LLC

**DATED:** September 30, 2011

        By:    /s/ John Steele
               John Steele (Bar No. 6292158)
               Steele Hansmeier PLLC
               161 N. Clark St., Suite 3200,
               Chicago, IL 60601
               312-880-9160; Fax 312-893-5677
               jlsteele@wefightpiracy.com
               *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 30, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                   s/ John Steele
                                                   JOHN STEELE